**EMERGENCY VERIFIED COMPLAINT FOR JUDICIAL SETTLEMENT OF CESTUI QUE VIE TRUST AND ESTATE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

Case No. _____

**HELEN-AMY: DOUGHTY**, Beneficiary sui juris,

Plaintiff,

v.

[NO DEFENDANTS — EQUITY ACTION IN REM]

**VERIFIED EMERGENCY COMPLAINT FOR EQUITABLE SETTLEMENT OF CESTUI QUE VIE TRUST ESTATE AND DISCHARGE OF DEBT**

**INTRODUCTION**

This Complaint is brought by Helen-Amy: Doughty, a living woman and the sole Beneficiary of the Helen Doughty Estate Trust and associated Cestui Que Vie Trust construct, seeking judicial recognition, full settlement, reconveyance, and discharge of debt associated with the legal fiction "HELEN AMY DOUGHTY" and its derivative accounts.

**JURISDICTION AND VENUE**

1. Jurisdiction lies under equity and trust law, codified in federal common law and the inherent jurisdiction of this Court to hear private estate matters and trust settlements.

2. Venue is proper in this District because the estate property and res is located in Maine, and Plaintiff resides at the mailing location in this District.

**PARTIES**

3. Plaintiff, Helen-Amy: Doughty, sui juris, is a living woman and private Beneficiary of the Cestui Que Vie Trust and estate res derived from the legal fiction "HELEN AMY DOUGHTY," created through a U.S. birth certificate and Social Security account xxx-xx-7149.

4. No named Defendants are necessary in this action in equity. The res is identified, the trust is private, and this is a judicial settlement under the Court's equity powers.

**FACTUAL BACKGROUND**

5. The Plaintiff is the sole living Beneficiary of the Helen Doughty Estate Trust and its derivative interests.

6. The PERSON and estate were created without full disclosure, and now stand in presumption of abandonment or federal custodianship, despite the Beneficiary's living status.

7. Due to the failure to settle the estate, Plaintiff has suffered ongoing harm, including attempted eviction, wrongful conversion, and denial of equitable remedy.

8. The estate property located at 25 Welch Point Rd, Winthrop, Maine, as well as the associated PERSON estate and accounts tied to the SSN, remain unsettled and require judicial intervention.

**CLAIMS FOR RELIEF**

**COUNT I – EQUITABLE SETTLEMENT OF CESTUI QUE VIE TRUST**

9. Plaintiff claims full legal and equitable right to settle the Cestui Que Vie Trust now that her living status has been affirmed and proper affidavit submitted.

10. The Court has the equitable power to recognize the trust, affirm the Beneficiary, and order settlement.

**COUNT II – RECONVEYANCE OF ESTATE PROPERTY, INCLUDING TITLE TO ENTIRE ESTATE**

11. Plaintiff requests the reconveyance of legal title and full beneficial interest of the estate property, free of any fraudulent claims or conversion.

12. Plaintiff further requests reconveyance of the entire estate corpus derived from the PERSON trust and the return of all assets, accounts, securities, and collateral held under presumption of federal or third-party control.

13. Plaintiff requests that the Court discharge all debt presumed under the PERSON estate and affirm the closure of all liabilities.

**COUNT III – ESTABLISHMENT OF BENEFICIARY ACCOUNT**

14. Plaintiff requests an order to establish a beneficiary-controlled trust or private account into which the trust res may be deposited and used for lawful administration.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that the Court:

1. Take judicial notice of her living status and Beneficiary standing.

2. Recognize this Complaint as a verified equity action for private settlement.

3. Order immediate settlement of the Cestui Que Vie Trust and related estate.

4. Order reconveyance of all legal title, including the property at 25 Welch Point Rd, as well as the entire estate and PERSON corpus.

5. Order the discharge of all estate-related debt and PERSON-associated liabilities.

6. Order the establishment of a beneficiary-controlled account for lawful use.

7. Provide any other equitable remedy the Court deems just.

Respectfully submitted this 3rd day of August, 2025.


Helen-Amy: Doughty, Beneficiary sui juris

c/o 25 Welch Point Rd

Winthrop, Maine 04364

**Verification**

I, Helen-Amy: Doughty, a living woman and Beneficiary sui juris, hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, and complete to the best of my knowledge and belief.

Executed on this _3rd__ day of August, 2025.


Helen-Amy: Doughty, Beneficiary sui juris